IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MONICA GOSSER,<br>      Plaintiff,<br><br>VS.<br><br>COMPUTER SCIENCES<br>CORPORATION,<br>      Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:15-CV-00436-O |

**MOTION FOR LEAVE FOR PLAINTIFF**
**TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW**, MONICA GOSSER, (hereinafter referred to as "Plaintiff"), Plaintiff in the above-numbered and styled cause who files this her Motion for Leave for Plaintiff to File Plaintiff's First Amended Complaint, showing the Court as follows:

Plaintiff requests permission for Leave to amend Plaintiff's Complaint to amend the original petition because Plaintiff has become aware of additional information in three depositions and additional documents provided in discovery at the depositions taken on January 29, 2016.  Plaintiff is not adding any new causes of action in her amended complaint.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court will allow Motion for Leave to File Plaintiff's First Amended Complaint.

Respectfully submitted,

        By:/s/ Christian Jenkins
        Christian Jenkins
        State Bar No.:  10625500
        Old Town Office Plaza
        1307-B West Abram, Suite 100
        Arlington, Texas   76013
        jenkins5@aol.com
        817.461.4222 – Telephone
        817.461.5199 – Facsimile
        ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF CONFERENCE**

I hereby certify that a conference regarding the relief requested in the foregoing pleading was held with counsel for the Defendant, and said counsel is opposed to the amendment of Plaintiff's Complaint.

        /s/ Christian Jenkins
        Christian Jenkins

## **Certificate of Service**

This is to certify that I have forwarded a true and correct copy of the foregoing instrument to the following counsel of record in conformity to the Federal Rules of Civil Procedure:

        **Steve Sumner**
        **J. Daniel McElroy**
        **Justin V. Sumner**
        **Sumner, Schick & Pace, LLP**
        **3811 Turtle Creek Bled., Ste. 600**
        **Dallas, Texas 75219**
        **214-965-9229**
        **214-965-9215 - facsimile**

on this the **5th** day of February, 2016.

        /s/ Christian Jenkins
        Christian Jenkins